AUGUST 23, 1961

**No. 65987.**—James G. Wiley, a/c William G. Morschauser *v.* United States, protests 59/22333–A and 59/34425.— Plaintiff's application for rehearing granted.

AUGUST 21, 1961

**No. 65988.**—SUIT 5060.—John S. James, a/c The Consolidated Packaging Corp. *v.* United States.— —Abstract 64481 affirmed April 14, 1961. C.A.D. 768.

BEFORE THE SECOND DIVISION, AUGUST 28, 1961

**No. 65989.**—Frances Hirsch et al. *v.* United States, protests 59/11133, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), and the record showing that the merchandise consists of knit nylon gloves similar in use to silk gloves, the claim of the plaintiffs was sustained.

**No. 65990.**—Bonwit Teller, Inc. *v.* United States, protest 59/20333 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), and the record showing that the merchandise consists of knit nylon gloves similar in use to silk gloves, the claim of the plaintiff was sustained.

**No. 65991.**—Florea & Co., Inc. *v.* United States, protest 60/28420 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), and the record showing that the merchandise consists of knit nylon gloves similar in use to silk gloves, the claim of the plaintiff was sustained.

**No. 65992.**—Algemeene Kunstzijde Unie, N. V. *v.* United States, protests 294453–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon yarn similar in all material respects to that the subject of Abstract 65138 and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, AUGUST 28, 1961

**No. 65993.**—Lang & Marshall Co., Inc. *v.* United States, protest 60/27703 (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *United States* v. *J. H. Brown et al.* (46 C.C.P.A. 1, C.A.D. 686), the claim of the plaintiff was sustained.

**No. 65994.**—Brock Candy Company *v.* United States, protest 257440–K (Memphis).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

**No. 65995.**—Gill & Duffus, Inc. *v.* United States, protest 265984–K (Laredo).